IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LEVI McALVEY,<br>　　　　　　Defendant. | 4:25CR3056<br><br><br>**ORDER** |

　　　　This matter is before the Court on the Government's opposed Motion to Continue Trial. (Filing No. 34).  The Court held a telephone conference on August 25, 2025 with counsel regarding this motion. After review of the motion and consultation with counsel, the undersigned finds the motion should be granted. Good cause has been shown due to the reasons stated in the Motion, and the unavailability of an essential witness, namely, the Government's case investigator the week of the current trial date of September 22, 2025.

　　　　During the telephone conference, the Court provided a trial start date of September 29, 2025. The Government advised that another essential witness, namely, the lab analyst is unavailable the week of that trial date and requested a continuance on that basis. Good cause was shown to continue the trial from this date due to the reasons provided by the Government, and the unavailability of an essential witness. The Court provided a trial start date of October 14, 2025. Defense counsel requested a continuance and advised that trial start date would not provide him with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence due to other previously scheduled obligations, namely an October 15, 2025 in-court hearing regarding a previously scheduled trial and a trial the week of October 20, 2025. Good cause was shown to continue the trial from this date due to the previously mentioned reasons.

　　　　**IT IS ORDERED** that the Motion to Continue Trial (Filing No. 34) and the continuances requested during the telephone conference are granted, as follows:

1. The jury trial, presently set for September 22, 2025, is continued to **October 27, 2025 at 8:30 a.m., or as soon thereafter as the case may be called, for a duration of four (4) trial days.**
2. Expert witness disclosures as required under Rule 16 must be served on or before October 17, 2025.
3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of these motions, that is, the time between **today's date and October 27, 2025**, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant each of the continuances addressed above would result in a miscarriage of justice. Moreover, an essential witness is unavailable for the proposed trial dates of September 22, 2025 and September 29, 2025. 18 U.S.C. § 3161(h)(3)(A); (h)(7)(A) & (B)(i). Furthermore, a continuance from the October 14, 2025 proposed trial date was necessary to provide defendant continuity of counsel and to provide counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated this 25th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge