IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>LEVI MCALVEY,<br><br>    Defendant. | 4:25CR3056<br><br>**ORDER** |

At a hearing on September 26, 2025, Defendant requested time to file pretrial motions with the Court. To afford time for Defendant to file his motion, the government to respond to the motion, and the Court to rule on the motion, this case is hereby removed from the trial calendar. Defendant's pretrial motion deadline is reset as set forth herein.

Accordingly,

IT IS ORDERED:

1) Pretrial motions and briefs shall be filed on or before October 8, 2025.

2) The jury trial previously scheduled to be held on October 27, 2025, is canceled.

3) The Court finds that the ends of justice served by granting the Defendant's motion to provide him time to file his pretrial motion outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and October 8, 2025 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will

be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 26th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge