IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LEVI MCALVEY,<br><br>                Defendant. | 4:25CR3056<br><br>ORDER |

     Defendant's prior counsel moved to withdraw because of irreconcilable differences and a breakdown in communication between Defendant and prior counsel. The court granted that motion on September 26, 2025. As previously ordered at the September 26, 2025 hearing, Korey Reiman is hereby withdrawn as counsel.

     The clerk shall delete Korey Reiman from any future ECF notifications herein.

     The court was previously presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I previously found that the above-named defendant was eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

     IT IS ORDERED that Chad J. Wythers is appointed to represent the above-named defendant in this matter as standby counsel. Chad J. Wythers shall promptly file an entry of appearance, as standby counsel, on behalf of Defendant and promptly notify Defendant of this order and his entry of appearance.

     IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

     IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Chad J. Wythers.

DATED this 26th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge