IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEVI MCALEVY,<br><br>Defendant. | **4:25CR3056**<br><br>ORDER |

Defendant previously signed a Financial Affidavit (CJA Form 23). (Filing No. 12.) Defendant was found to be indigent and appointed counsel. (Filing No. 10.) Defendant eventually decided to go *pro se* but was appointed stand-by counsel. (Filing No. 45.) At sentencing Defendant requested that his standby counsel be allowed to represent him at sentencing and all future proceedings, which the court granted. The Court finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Chad Wythers is no longer stand by counsel and now represents Defendant as his attorney.

IT IS ORDERED that Chad J. Wythers is appointed as attorney of record for the above-named defendant in this matter.

IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Chad J. Wythers.

DATED this 17th day of July, 2026.

BY THE COURT:

*s/ Susan M. Bazis*
United States District Judge